UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE:  Louis G. Pelletier | ) Chapter 13 |
| Linda D. Pelletier | ) Case No. 15-20091 (AMN) |
| Debtor(s) | ) July 24, 2015 |

## OBJECTION TO CONFIRMATION

The Chapter 13 Standing Trustee Molly T. Whiton (Trustee) objects to the confirmation of the Chapter 13 Plan, filed January 22, 2015 document 97, (Plan) filed by Louis G. Pelletier and Linda D. Pelletier (Debtors).

On information and belief the Debtors' income consists largely of funds from a charity named A Miracle for Justina (Charity hereinafter).

Charity claims an exemption from registration with the Connecticut Department of Consumer Protection by reason of not receiving more than $50,000.00 in annual contributions.

Funds reportedly received from the Charity by the Debtors exceed $50,000.00 a year.

To the extent the Charity funding the Debtors' Plan is not properly registered with the Connecticut Department of Consumer Protection, pursuant to Connecticut General Statutes section 21a-175, et seq., the Plan does not comply with section 1325(a)(3) in that it is proposed by a means forbidden by law.

To the extent that the Debtors' Plan is relying on funding from the Charity to make payments over the next five years the Plan does not comply with section 1325 (a)(6) in that the Debtor will not be able to make all payments under the Plan, given the uncertain nature of continued charitable contributions.

Wherefore the Trustee request that the court sustain the objection and decline to confirm the plan.

Molly T. Whiton
Chapter 13 Standing Trustee

/s/Patrick Crook
By Patrick Crook
Staff Attorney
Molly T. Whiton, Esq.
Chapter 13 Standing Trustee
Federal Bar No.: CT07670
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel:  860-278-9410, ext. 13
Fax:  860-527-6185
pcrook@mtwhiton.com

CERTIFICATION OF SERVICE

This is to certify that a copy of this document was mailed postage pre-paid or served

electronically this 27th  day of July, 2015 to the following:

Louis G. Pelletier
Linda Pelletier
31 Birch Hill Drive
West Hartford, CT 06107

Office of the United States Trustee
Kim McCabe, Assistant United States Trustee
150 Court Street, Suite 302
New Haven, CT 06510
203-773-2210
Email: ustpregion02.nh.ecf@usdoj.gov

Marjorie R. Gruszkiewicz, for Debtors
Law Office of Ronald I. Chorches,
449 Silas Deane Highway
Wethersfield, CT 06109
860-563-3955
ronaldchorches@sbcglobal.net

Robert J. Piscitelli for Peoples United Bank
Law Offices of Robert M. Meyers LLC
56 East Main Street
Avon, CT 06001-0805
(860) 677-6655
860-409-2567 (fax)
rpiscitelli@meyerslawoffice.com

                                    ___/s/Patrick Crook___
                                        Patrick Crook