UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: Louis G. Pelletier ) Chapter 13
      Linda D. Pelletier ) Case No. 15-20091 (AMN)
        Debtor(s) ) September 30, 2015

List of Witnesses and Exhibits

Witness

1. Louis Pelletier- The Trustee will examine the Debtor with regard to his self-employment income and expenses, the receipt of funds from A Miracle for Justina Fund, the funds received by the Miracle for Justina Fund and a certain claim of exemption from registration filed on behalf of the Miracle for Justina Fund with the State of Connecticut Department of Consumer Protection.

Exhibits

1. Monthly profit and loss statement Lou Pelletier beginning July of 2014 through and including December of 2014.
2. Monthly profit and loss statements from December, 2014 and going through and including May of 2015.
3. Debtors' response to Trustee's First Interrogatories and Request for Production dated August 14, 2015 to include listing of deposits into Miracle for Justina Fund from January of 2014 to June of 2015 and listing funds deposited into the Debtors' checking account from the Miracle for Justina Fund.
4. Louis and Linda Pelletier checking account statements from July 1, 2014 to June 30, 2015.
5. Louis and Linda Pelletier federal tax return 2014.
6. Claim of Exemption from Registration Form State of Connecticut Department of Consumer Protection re A Miracle for Justina.
7. Miracle for Justina Webster Bank account statements January of 2014 through and including July of 2015.

1

Proposed Findings of Fact and Conclusions of Law

1. The Debtor Louis Pelletier is self employed as a financial advisor. The Debtor Linda Pelletier is not employed outside the home.
2. In 2014 and through at least May of 2015 the Debtor Louis Pelletier has earned minimal income as a financial advisor.
3. The Debtors' principal source of income has been transfers from the A Miracle for Justina Fund.
4. From July of 2014 to June of 2015 the Debtors have received $104,000.00 from the A Miracle for Justina Fund.
5. The A Miracle for Justina Fund is a charitable organization whose stated purpose is, "To help pay the costs for the care of Justina Pelletier and her family as they try to overcome a long drawn out fight to return Justina to her home."
6. The A Miracle for Justina Fund was established by Louis Pelletier and/or Jennifer Pelletier.
7. Jennifer Pelletier is the daughter of the Debtors, works in the business of Louis Pelletier and resides in the Debtors' family home.
8. From February of 2014 through June of 2015 A Miracle for Justina Fund received funds in the amount of $741,203.00.
9. A Miracle for Justina Fund is not registered with the State of Connecticut Department of Consumer Protection, pursuant to C.G.S. section 21a-190b.
10. A Miracle for Justina Fund claims exemption from registration by reason of being, "An organization that normally receives less than $50,000.00 a year and does not compensate any person primarily to conduct solicitations." C.G.S. 21a-190d.
11. By not registering with the State of Connecticut A Miracle for Justina Fund is evading certain requirements of Connecticut law including but not limited to the requirement that a charitable organization file annual financial reports available to the public.  C.G.S. 21a-190c.

12. A Miracle for Justina fund has received will in excess of $50,000.00 a year and is not in compliance with Connecticut law relating to the registration of charitable entities.

13. Given that A Miracle for Justina Fund is the principal source of funding for the plan, the plan is funded by a means forbidden by law within the meaning of section 1325(a)(3) of the bankruptcy code.

14. Although A Miracle for Justina Fund has raised substantial funds, the amount raised recently has declined significantly. During the last first six months of 2014 A Miracle for Justina Fund has raised only $1,028.00.

15. The Debtors' plan does not appear feasible within the meaning of section 1325(a)(6) in that the Debtors' will not be able to make all payments due under the plan.

Molly T. Whiton
Chapter 13 Standing Trustee

/s/Patrick Crook_____
By Patrick Crook
Staff Attorney
Molly T. Whiton, Esq.
Chapter 13 Standing Trustee
Federal Bar No.: CT07670
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel:  860-278-9410, ext. 13
Fax:  860-527-6185
pcrook@mtwhiton.com

CERTIFICATION OF SERVICE

This is to certify that a copy of this document was mailed postage pre-paid or served electronically this 30th day of September, 2015 to the following:

Louis G. Pelletier
Linda Pelletier
31 Birch Hill Drive
West Hartford, CT 06107

Office of the United States Trustee
Kim McCabe, Assistant United States Trustee
150 Court Street, Suite 302
New Haven, CT 06510
203-773-2210
Email: ustpregion02.nh.ecf@usdoj.gov

Marjorie R. Gruszkiewicz, for Debtors
Law Office of Ronald I. Chorches,
449 Silas Deane Highway
Wethersfield, CT 06109
860-563-3955
ronaldchorches@sbcglobal.net


Robert J. Piscitelli for Peoples United Bank
Law Offices of Robert M. Meyers LLC
56 East Main Street
Avon, CT 06001-0805
(860) 677-6655
860-409-2567 (fax)
rpiscitelli@meyerslawoffice.com

                    ___/s/Patrick Crook___
                        Patrick Crook