DENIED. ECF No. 16, Motion to Dismiss by People's Bank, is denied for failure to prosecute. Counsel for People's Bank communicated to the Court in October 2015 that it did not intend to prosecute the motion. The Courtroom Deputy advised that a withdrawal of the motion needed to be filed as nothing has been filed the motion is denied.

Dated in Hartford, Connecticut on December 1, 2015

Ann M. Nevins
United States Bankruptcy Judge
District of Connecticut

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: | : Case No. 15-20091 |
| | : |
| Louis G. Pelletier aka | : |
| Lou G. Pelletier | : |
| Linda D. Pelletier aka | : |
| Linda V. Dvorak | : Ch. 13 |
| Debtors | : |
| | : |
| vs | : |
| | : |
| PEOPLE'S UNITED BANK | : |
| Movant | : |
| | : |
| Louis G. Pelletier  aka | : |
| Lou G. Pelletier | : |
| Linda D. Pelletier  aka | : |
| Linda V. Dvorak | : |
| Molly T. Whiton, Trustee | : February 26, 2015 |
| Respondents | : |

## MOTION TO DISMISS

Now comes People's United Bank, by and through its attorney's, Meyers, Piscitelli & Link LLP, and files Motion seeking an order that this case be dismissed as the debtor currently has an open, pending Chapter 7 Case (14-20632). In support of this Motion, the Movant represents as follows:

1.      The Movant, People's United Bank (hereafter "the Movant"), holds a mortgage dated November 2, 2000, on certain real property of the debtors known as 31 Birch Hill Drive, ord, Connecticut (the property), to secure a loan in the original amount of $175,000. age is recorded in Volume 2609 at Page 261 of the West Hartford Land Records . The in possession of said premises.

The Movant commenced a foreclosure action in state court in Hartford.  That le's United Bank vs. Pelletier, bearing Docket No. HHD-CV11-6019346, has been