**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **LOUIS G. PELLETIER and** | **CASE NO. 15-20091 (AMN)** |
| **LINDA D. PELLETIER** | |
| Debtors | **FEBRUARY 16, 2016** |

## DEBTORS' WITNESS LIST

The Debtors, Louis G. Pelletier and Linda D. Pelletier (the "Debtors"), submit the following list of potential witnesses who will be called to testify at the confirmation hearing scheduled for February 23, 2016:

1. Louis G. Pelletier -  Mr. Pelletier will testify that his current employment income is sufficient to fund the Chapter 13 plan independent of the "A Miracle for Justina" fund.

By  */s/ Marjorie R. Gruszkiewicz*
Marjorie R. Gruszkiewicz - Fed. Bar #ct07989
Law Offices of Ronald I. Chorches, LLC
449 Silas Deane Highway - 2nd Floor
Wethersfield, CT 06109
Tel:  (860) 563-3955
Fax: (860) 513-1577

1

## CERTIFICATION OF SERVICE

The undersigned certifies that on this 16th day of February, 2016, a copy of the foregoing was served via Notice of Electronic Filing for parties or counsel who are registered Filers and via First Class mail postage pre-paid to all other parties requesting notice as follows:

Steven E. Mackey, Esq.
Office of the United States Trustee
Giaimo Federal building
150 Court Street - Room 302
New Haven, CT 06510

Robert J. Piscitelli
Law Offices of Robert M. Meyers LLC
56 East Main Street
Avon, CT 06001-0805
rpiscitelli@meyerslawoffice.com

Patrick Crook, Esq.
Molly T. Whiton, Esq.
10 Columbus Boulevard
6th Floor
Hartford, CT 06106


By  /s/ Marjorie R. Gruszkiewicz
    Marjorie R. Gruszkiewicz