UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:  Louis G. Pelletier               ) Chapter 13
        Linda D. Pelletier               ) Case No. 15-20091 (AMN)
          Debtor(s)                      ) February 16, 2016

LIST OF WITNESSES AND EXHIBITS

Molly T. Whiton, Chapter 13 Standing Trustee will rely on testimony and exhibits offered on October 7, 2015 and will not offer further witnesses or exhibits on February 23, 2016, reserving all rights regarding the cross examination of witnesses offered by any party.

                Molly T. Whiton
                Chapter 13 Standing Trustee

                /s/Patrick Crook_____
                By Patrick Crook
                Staff Attorney
                Molly T. Whiton, Esq.
                Chapter 13 Standing Trustee
                Federal Bar No.: CT07670
                10 Columbus Blvd., 6th Floor
                Hartford, Connecticut 06106
                Tel:  860-278-9410, ext. 13
                Fax:  860-527-6185
                pcrook@mtwhiton.com

CERTIFICATION OF SERVICE

This is to certify that a copy of this document was mailed postage pre-paid or served electronically this 16th day of February, 2016 to the following:

Louis G. Pelletier
Linda Pelletier
31 Birch Hill Drive
West Hartford, CT 06107

Office of the United States Trustee
Kim McCabe, Assistant United States Trustee
150 Court Street, Suite 302
New Haven, CT 06510
203-773-2210
Email: ustpregion02.nh.ecf@usdoj.gov

Marjorie R. Gruszkiewicz, for Debtors
Law Office of Ronald I. Chorches,
449 Silas Deane Highway
Wethersfield, CT 06109
860-563-3955
ronaldchorches@sbcglobal.net


Robert J. Piscitelli for Peoples United Bank
Law Offices of Robert M. Meyers LLC
56 East Main Street
Avon, CT 06001-0805
(860) 677-6655
860-409-2567 (fax)
rpiscitelli@meyerslawoffice.com

**Anthony S. Novak**
Novak Law Office, P.C.
280 Adams Street
Manchester, CT 06042-1975
860.432.7710
860.432.7724 (fax)
AnthonySNovak@aol.com


                      ___/s/Patrick Crook____
                          Patrick Crook